# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No. ED CV 10-1417 WDK (FMOx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| ANTONIA MARIA CAMPOS, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Re: Settlement Proceedings, filed on October 28, 2010 ("Court's Order of October 28, 2010"), defendant's response to plaintiff's settlement demand was due on November 23, 2010. It appears from the record that defense counsel did not respond to plaintiff's settlement demand as required by the Court's Order of October 28, 2010. (See Plaintiff's Ex Parte Application for an Order Vacating the December 14, 2010 Settlement Conference at 2). Accordingly, IT IS HEREBY ORDERED THAT, on or before **December 13, 2010,** defense counsel, Michael A. Younge, shall show cause, if any there be, why sanctions should not be imposed against him and/or his client for failure to comply with the Court's Order of October 28, 2010. **Defense counsel shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular, defense counsel's declaration must address why he has not responded to plaintiff's settlement demand, even though it**

**was due more than a week ago. Failure to timely file such a declaration or to show cause as ordered will result in sanctions being imposed against defense counsel and/or defendant.**

IT IS FURTHER ORDERED THAT plaintiff's Ex Parte Application for an Order Vacating the December 14, 2010 Settlement Conference **(Document No. 12)** is **granted**. The settlement conference set for December 14, 2010, at 9:30 a.m. is hereby **vacated** pending the resolution of the instant Order to Show Cause.

Dated this 2nd day of December, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge